SCPR-20-0000441

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

IN RE CHRISTOPHER I.L. PARSONS, Petitioner.

ORIGINAL PROCEEDING

ORDER GRANTING PETITION TO RESIGN AND SURRENDER LICENSE
(By: Recktenwald, C.J., Nakayama, McKenna, and Wilson JJ.,
and Intermediate Court of Appeals Chief Judge Ginoza,
assigned by reason of vacancy)

Upon consideration of the petition to resign and surrender his license to practice law in the State of Hawai'i, filed by Christopher I.L. Parsons, pursuant to Rule 1.10 of the Rules of the Supreme Court of the State of Hawai'i (RSCH), and the affidavits submitted in support thereof, we conclude that Petitioner Parsons has fully complied with the requirements of RSCH Rule 1.10.  Therefore,

IT IS HEREBY ORDERED that the petition is granted.

IT IS FURTHER ORDERED, pursuant to RSCH Rule 1.10(g), that the Petitioner shall comply with the notice, affidavit, and record requirements of RSCH Rules 2.16(a), (b), (d), and (g).

IT IS FURTHER ORDERED that the Petitioner may retain his paper license as a memento, pursuant to RSCH Rule 1.10(b).

IT IS FURTHER ORDERED that the Clerk shall remove the name of Petitioner Christopher I.L. Parsons, attorney number 6525, from the roll of attorneys of the State of Hawai'i, effective with the filing of this order.

DATED:  Honolulu, Hawai'i, July 31, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Lisa M. Ginoza